IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 11-0245
 ((((((((((((((((

 In Re Carl Bass, Patricia Grutzmacher And Thomas Bauer, Relators

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The petition is ABATED and the case is remanded to the trial
court for findings of fact and conclusions of law. The trial court shall
submit its findings to this Court no later than March 27, 2012.

 Done at the City of Austin, this 27th day of January, 2012.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk